# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lee Choy, | CIVIL NO. 12-1360 (RHK/SER) |
| Plaintiff, | **ORDER** |
| vs. | |
| Portfolio Recovery Associates, LLC, | |
| Defendant. | |

---

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 3) as to Defendant, **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE** in their entirety, on the merits. Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 10, 2012

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge